**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| KEN JOHANSEN, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, AMERI QUOTE INSURANCE AND FINANCIAL RESOURCES, INC.<br><br>    Defendants. | Case No. 8:16-cv-00486-LSC-FG3 |

**NOTICE OF DISMISSAL
<u>WITHOUT PREJUDICE</u>**

Plaintiff Ken Johansen hereby dismisses his case without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). No defendant has answered, and no defendant has filed a motion for summary judgment.

Dated: November 2, 2016                    Respectfully submitted,

                                           KEN JOHANSEN,

                                           By:  **s/ Alexander H. Burke**
                                               Bar Number: 6281095 (Ill.)
                                               Attorney for Plaintiff Johansen
                                               BURKE LAW OFFICES, LLC
                                               155 N. Michigan Ave., Suite 9020
                                               Chicago, Illinois 60601
                                               Telephone: (312) 729-5288
                                               Fax: (312) 729-5289
                                               E-mail: aburke@burkelawllc.com